UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BESSIE TURNER**                                                                                             **PLAINTIFF**

**VERSUS**                                                               **CASE NO.: 1:21-cv-00226-HSO-JCG**

**FAMILY DOLLAR STORES OF**
**MISSISSIPPI, INC.; COLE FD PORTFOLIO**
**II, LLC; JOHN DOES 1-9; JANE DOES 1-10;**
**AND ABC CORPORATIONS 1-9**                                              **DEFENDANTS**

### LIMITED AGREED ORDER AS TO ATTORNEY'S FEES, ONLY

**THIS MATTER**, having come before the Court on the joint *ore tenus* motion of Plaintiff, Bessie Turner, and Defendant, Family Dollar Stores of Mississippi, Inc., to dismiss the Plaintiff's claim for recovery of attorney's fees as being a recoverable element of damages in this matter against said Defendant, and the Court, having been fully advised of the premises therefore and of the parties' agreement thereto, is of the opinion that said motion should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that Plaintiff's claim for recovery of attorney's fees against Defendant, Family Dollar Stores of Mississippi, Inc., shall be, and is, hereby dismissed with prejudice, with each party bearing its own costs. Plaintiff reserves all other claims and rights.

**ORDERED** this 8th day of December, 2021.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

**SIGNATURES ON PAGE 2**
**AGREED UPON AND APPROVED:**

1

  /s/  R. HAYES JOHNSON, JR.
R. HAYES JOHNSON, JR. (MSB # 10697)
**JOHNSON LAW PRACTICE, PLLC**
P.O. Box 717
Long Beach, MS 39560
(O):  228-868-5499
(F):  888-647-3665
jlpnotices@gmail.com and rhayesj@gmail.com
**Attorney for Plaintiff**


  /s/  WILLIAM H. ECKERT
WILLIAM H. ECKERT (MS # 102412)
MICHAEL J. TARLETON (MS #101812)
ROY A. NOWELL, JR. (MS #100768)
**ECKERT & TARLETON, LLC**
2304 19th Street, Suite 301
Gulfport, MS 39501-2912
(O):  228-206-2676
(F):  228-205-3744
bill.eckert@eandtlaw.com
mike.tarleton@eandtlaw.com
roy.nowell@eandtlaw.com
**Attorneys for Defendant,**
**Family Dollar Stores of Mississippi, Inc.**